IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DALE RUSSELL LEISCHNER<br><br>Plaintiff,<br><br>vs.<br><br>LABRADOR, ET AL.,<br><br>Defendants. | CV-24-105-M-DLC<br><br>ORDER |

Dale Russell Leischner is an inmate at Montana State Prison. He has filed a civil rights complaint, related to his conditions of confinement in a jail in Idaho. (Doc. 1.)

Pursuant to 28 U.S.C. § 1391(b), a civil action may be brought in a federal judicial district in which any defendant resides, if all defendants are residents of the state in which the district is located, where a substantial part of the events that give rise to the claim occurred, or, if neither of those sections apply, a district in which a defendant is subject to personal jurisdiction.

Under all three of these sections, the District of Montana is not the proper venue for Leischner's action. All facts alleged and defendants named can be found in the District of Idaho. Leischner's Complaint must be filed there.

Accordingly, it is HEREBY ORDERED:

1. Leischner's Complaint is DISMISSED, without prejudice. He may

1

refile it in the proper venue.

2. The Clerk of Court is directed to close this matter.

DATED this 30th day of July, 2024.

_____
Dana L. Christensen, District Judge
United States District Court